IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00192-RM

UNITED STATES OF AMERICA

  Plaintiff,

v.

1.  **ROBERT REGER,** and
2.  DAVID LYTLE,

  Defendants.

## DEFENDANT ROBERT REGER'S COMPLIANCE WITH EPSILON'S CLAWBACK REQUEST

  In a January 12, 2023, email, counsel for Epsilon informed the parties that documents protected by attorney-client privilege were inadvertently produced by Epsilon to the Government and subsequently produced to the defendants. Counsel for Epsilon filed a motion on the issue on January 13, 2023. (Doc. 224). The matter was taken up during the trial preparation conference and counsel for Epsilon subsequently provided the bates numbers for the documents.

  All versions of those documents available to Mr. Reger and his counsel have been destroyed. Counsel for Mr. Reger has deleted the documents from their version of the discovery production both the hard drives produced and any copies made of the same. The documents have been removed from the document review software and are no longer available to Mr. Reger or his counsel.

Respectfully submitted,

s/ Brian R. Leedy
Brian R. Leedy
Kevin M. McGreevy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
P:  303-629-9700
leedy@ridleylaw.com
mcgreevy@ridleylaw.com


s/ Gordon Mehler
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
P: 212-335-2957
gmehler@wmhlaw.com
*Attorneys for Robert Reger*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, I electronically filed the foregoing

**DEFENDANT ROBERT REGER'S COMPLIANCE WITH
EPSILON'S CLAWBACK REQUEST**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Heather Grant*
Heather Grant